UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROMUALDO P. M.,

Petitioner,

v.

WARDEN OF CALIFORNIA CITY DETENTION CENTER, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Nos. 1:26-CV-02882-RLP
1:26-CV-03999-RLP
1:26-CV-05316-RLP

ORDER

BEFORE THE COURT is Romualdo P. M.'s[1] ("Petitioner") petition for

[1]The Court omits Petitioner's full name, using only the first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-

writ of habeas corpus, ECF No. 1, and Motion to Appoint Counsel, ECF No. 2. This is the third habeas petition filed by Petitioner, each in separate actions.

Federal Rule of Civil Procedure 42(a) allows district courts to consolidate actions that "involve a common question of law or fact." District courts have broad discretion to consolidate cases and may do so sua sponte. *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) (citing 9 C. Wright & A. Miller, Federal Practice and Procedure: Civil § 2383 at n. 37). "In determining whether to consolidate actions, the court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by the consolidation." *Conerly v. Veracity Research*, 2019 WL 4392415, at *1 (E.D. Cal. Sept. 13, 2019) (citing *Sw. Marine, Inc. v. Triple A. Mach. Shop., Inc.*, 720 F. Supp. 805, 807 (N.D. Cal. 1989)).

The Court finds the above-captioned actions involve common questions of law and arise out of the same facts. The actions involve the same petitioner, and all three challenge the lawfulness of his civil immigration detention. Consolidation of these cases serves judicial convenience and will save time, effort, and preserve judicial resources while creating little — if any — potential for delay, confusion, or prejudice. Accordingly, the Court consolidates the three cases for all purposes.

---

suggestion_cacm_0.pdf.

Additionally, the Court has reviewed the Petition for Habeas Corpus in Petitioner's third case (Case No. 1:26-cv-05316, ECF No. 1), which appears to seek Respondent's compliance with the Court's prior order in Petitioner's first case (Case No. 1:26-cv-02882, ECF No. 9). The Court construes Petitioner's third-filed habeas petition as a Motion to Enforce Judgement.

Finally, the Court determines that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, **IT IS HEREBY ORDERED**:

1. The cases captioned *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-02882-RLP, *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-03999-RLP, and *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-05316-RLP, are consolidated for all purposes.

2. The Clerk of the Court is directed to file this Order in each of the above-referenced cases.

3. The lead case number and operative action moving forward will be *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-02882-RLP. All further proceedings in the consolidated action shall be filed and docketed under only the lead case number.

4. The Clerk of Court is directed to administratively close the member

cases, *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-03999-RLP, and *Moran v. U.S. General Attorney et al*, Case No: 1:26-CV-05316-RLP.

5. Petitioner's third-filed habeas petition (Case No. 1:26-CV-05316-RLP, ECF No. 1) is construed as a Motion to Enforce Judgement.

6. Petitioner’s Motion to Appoint Counsel, (Case No. 1:26-CV-05316-RLP, ECF No. 2) is **GRANTED**. Within seven (7) court days from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and notify the Court.

7. Once Petitioner’s counsel has appeared, the Court will issue an order setting briefing on Petitioner’s construed Motion to Enforce Judgment (Case No. 1:26-CV-05316-RLP, ECF No. 1).

**IT IS SO ORDERED.** The Clerk of the Court shall enter this order and mail a copy to Petitioner.

DATED July 17, 2026

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE